IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

EASTERN DISTRICT COURT
DISTRICT OF ARKANSAS
FILED
JAN 30 2018
IN OPEN COURT
JAMES W. McCORMACK, CLERK
BY: _____ DEPUTY

ADRIAN BRYANT                                                                PLAINTIFF

v.                                CASE NO. 4:16-CV-00509 BSM

JEFFREY SAND COMPANY                                                         DEFENDANT

VERDICT FORM

1. Has plaintiff Adrian Bryant proven by a preponderance of the evidence that defendant Jeffery Sand Company subjected him to a racially hostile work environment, as submitted in Jury Instruction No. 9, we find in favor of:

_____*Plaintiff Adrian Bryant*_____
Plaintiff Adrian Bryant        or        Defendant Jeffery Sand Company

If your verdict is in favor of Jeffery Sand Company, have the foreperson sign and date the verdict form because you have completed your deliberations. Complete the following, if your verdict is in favor of Adrian Bryant.

2. Has defendant Jeffery Sand Company proven by a preponderance of the evidence that (a) Jeffery Sand Company exercised reasonable care to prevent and correct promptly any harassing behavior; and, (b) plaintiff Adrian Bryant unreasonably failed to take advantage of the preventative or corrective opportunities provided by Jeffery Sand Company, as submitted in Instruction No. 10?

_____ Yes                    ____X____ No

If your answer is yes, have the foreperson sign and date the verdict form because you have completed your deliberations. If your answer is no, complete the following.

2B

We find Adrian Bryant's damages, as defined in Jury Instruction No. 11, to be: $ 1.00 (stating the amount, or if you find that Bryant's damages have no monetary value, state the nominal amount of $1.00)

We assess punitive damages, as submitted in Jury Instruction No. 13, against Jeffery Sand Company in the amount of: $ 250,000.00 (stating the amount or, if none, write "none")

_Christopher Dickens_
Foreperson

Dated: 30 JAN 2018

2