# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**ADRIAN BRYANT**                                                              **PLAINTIFF**

**v.**                        **CASE NO: 4:16CV00509 BSM**

**JEFFREY SAND COMPANY**                                              **DEFENDANT**

## JUDGMENT

Pursuant to the verdict returned by the jury on January 30, 2018, following two days of trial;

IT IS ORDERED, ADJUDGED AND DECREED that on plaintiff Adrian Bryant's racially hostile work environment claim against defendant Jeffrey Sand Company, judgment is rendered against Jeffrey Sand Company. Compensatory damages are assessed in the nominal amount of $1.00 and punitive damages are assessed in the amount of $250,000.

Bryant shall have fourteen (14) days in which to file his motion for attorney's fees and costs. Jeffrey Sand Company shall have seven (7) days to file its response.

IT IS SO ORDERED this 31st day of January 2018.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE