## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**ADRIAN BRYANT**                                                                      **PLAINTIFF**

**VS.**                                       **NO. 4:16-CV-509-BSM**

**JEFFREY SAND COMPANY**                                              **DEFENDANT**

## SATISFACTION OF JUDGMENT

**WHEREAS,** a Judgment was entered on January 31, 2018, in the Office of the Clerk of the United States District Court for the Eastern District of Arkansas against the Defendant, Jeffrey Sand Company, in the sum of $250,001.00 in compensatory and punitive damages; and

**WHEREAS,** on May 31, 2018, the District Court awarded the Plaintiff attorney's fees in the amount of $64,432.50, and costs in the amount of $1,028.15; and

**WHEREAS,** on May 2, 2019, the United States Court of Appeals for the Eighth Circuit awarded the Plaintiff an additional $28,268.00 in attorney's fees and $104.50 in costs; and

**WHEREAS,** the Judgment with interest, attorney's fees and costs thereon have been fully paid and said Judgment has been satisfied in full by the Defendant, Jeffrey Sand Company.

**THEREFORE,** the full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the United States District Court for the Eastern District of Arkansas is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket and to cancel said Judgment.

2

Dated:  April ___, 2019,

/s _____

Austin Porter, Jr.
Arkansas Bar Number 86145
Porter Law Firm
The Tower Building
323 Center Street, Suite 1035
Little Rock, AR  72201
E-mail:  Aporte5640@aol.com
Telephone:  (501) 244-8200